UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TOMMY CRUM, ET AL., | ) |
|     Plaintiffs, | ) ) ) ) Case No. 2:22-cv-00085-LGW-BWC |
| v. | ) ) |
| GL NV24 SHIPPING INC., ET AL., | ) ) |
|     Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiffs and Defendants GL NV24 Shipping Inc., Hyundai Glovis Co., G-Marine Service Co., Ltd., Norton Lilly International, and T&T Salvage LLC (collectively, the "Parties"), and move the Court for dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2). The Parties have resolved this litigation. In consideration of, and consistent with the agreement between the Parties, the Parties jointly move to dismiss the above-styled lawsuit with prejudice.

Respectfully submitted this 18th day of June, 2024.

**STACEY EVANS LAW**

*/s/ George Lott*
Stacey Godfrey Evans
Georgia State Bar No. 298555
John Amble Johnson
Georgia State Bar No. 229122
George Lott
Georgia State Bar No. 820219
729 Piedmont Ave NE
Atlanta, Georgia 30308
Telephone (404) 850-6750
Facsimile (404) 850-6748

*Attorneys for Plaintiffs*

1

**BOYD LAW FIRM**

*/s/ Roy J. Boyd, Jr.*
Roy J. Boyd, Jr.
Georgia State Bar No.: 072675
Autumn N. Cocchi
Georgia State Bar No.: 455387
1601 Reynolds Street
Brunswick, Georgia 31520
Telephone (912) 265-5069
Facsimile (912) 265-1209

*Attorneys for Plaintiffs*

**STACK & ASSOCIATES, P.C.**

*/s/ Donald D.J. Stack*
Donald D.J. Stack
Georgia State Bar No.: 673725
260 Peachtree Street, Suite 1200
Atlanta, Georgia 30303
Telephone (404) 525-9205
Facsimile (404) 522-0275

*Attorneys for Plaintiffs*

**BOUHAN FALLIGANT LLP**

*/s/ Kathryn Z. Gonski*
TODD M. BAIAD

Georgia State Bar No. 031605
One West Park Ave. (physical)
P.O. Box 2139 (mailing)
Savannah, Georgia 31402
912.232.7000 (T)
912.233.8011 (F)
tmbaiad@bouhan.com

**LISKOW & LEWIS**

David L. Reisman (Pro Hac Vice)
Louisiana Bar No. 21833
DReisman@liskow.com
Raymond T. Waid (Pro Hac Vice)
Louisiana Bar No. 3135
RWaid@liskow.com
Kathryn Z. Gonski (*Pro Hac Vice*)
Louisiana Bar No. 33442
KZGonski@liskow.com
Emily A. von Qualen (*Pro Hac Vice*)
Louisiana Bar No. 38434
EvonQualen@liskow.com
701 Poydras St., Suite 5000
New Orleans, Louisiana 70139
Tel: 504-556-7979
Fax: 504-556-4108
***Attorneys for GL NV24 Shipping Inc., Hyundai Glovis Co., and G-Marine Service Co., Ltd.***

/s/ Colin A. McRae
**COLIN A. McRAE**
**HunterMaclean**
Georgia State Bar No. 499045
cmcrae@huntermaclean.com
200 E. Saint Julian Street
P.O. Box 9848
Savannah, GA 31412
Tel: (912) 236-0261
Fax: (912) 236-4936

*Attorneys for T&T Salvage LLC*

OF COUNSEL:

**SCHOUEST, BAMDAS, SOSHEA, BENMAIER & EASTHAM PLLC**

**SUSAN NOE WILSON**
Admitted Pro Hac Vice
Texas Bar No. 15055025
snoewilson@sbsb-eastham.com
**ROBERT P. VINING**
Admitted Pro Hac Vice
Texas Bar No. 24049870
rvining@sbsb-eastham.com
1001 McKinney Street, Suite 1400
Houston, Texas 77002
Tel: (713) 588-0446
Fax: (713) 574-2942

**ELLIS PAINTER**

/s/ Jason Pedigo
Jason Pedigo
Georgia State Bar No. 140989
P.O. Box 9946
Savannah, GA 31412
T: (912) 233-9700
pedigo@ellispainter.com

Allen E. Graham
Admitted *pro hac vice*
**Phelps Dunbar LLP**
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Post Office Box 2727
Mobile, Alabama 36652
Tel: (251) 432-4481
Fax: (251) 433-1820
Email: Teeto.Graham@phelps.com

David J. Topping
Admitted *pro hac vice*
**Phelps Dunbar LLP**
365 Canal Street, Suite 2000
New Orleans, LA 70130
T: (504) 584-9362
David.topping@phelps.com

***Attorneys for Norton Lilly International***

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of June, 2024, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL** with the Clerk of Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all attorneys of record.

This 18th day of June, 2024.

**STACEY EVANS LAW**

*/s/ George Lott*
George Lott
