UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| TOMMY CRUM, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 2:22-cv-00085-LGW-BWC |
| v. | ) |
| | ) |
| GL NV24 SHIPPING INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal. All Parties signed the stipulation; thus, the Court finds dismissal is proper under Federal Rule of Civil Procedure 41(a)(2). IT IS THEREFORE ORDERED that this matter is DISMISSED WITH PREJUDICE. The Clerk is directed to terminate all motions and deadlines and close this case.

SO ORDERED this 24 day of June, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:

/s/ George Lott
George Lott
Georgia Bar No. 820219
*Counsel for Plaintiffs*